AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| THERESA HESS and WILLIAM HESS, individually and as next friends and guardians of B.H., a minor, | ) ) ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:12-CV-40 |
| BUMBO INTERNATIONAL TRUST F/K/A JONIBACH MANAGEMENT TRUST, and TARGET CORP. | ) ) ) | |
| *Defendant* | ) | |

**ORIGINAL**

United States Courts
Southern District of Texas
**F I L E D**

SEP 20 2012

David J. Bradley
Clerk of Court

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Target Corporation
C.T. Corporation System
350 N. St. Paul Street, Suite 2900
Dallas, TX 75201.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   M. Ross Cunningham
ROSE WALKER, L.L.P.
3500 Maple Ave., Suite 900
Dallas, TX 75219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY, Clerk of Court
*CLERK OF COURT*

Date: SEP 1 0 2012

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 6:12-CV-40

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

    ❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

**AFFIDAVIT ATTACHED**

    ❐ I returned the summons unexecuted because _____ ; or

    ❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                               *Server's signature*

                                               _____
                                               *Printed name and title*

                                               _____
                                               *Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Southern District of Texas

Case Number: 6:12-CV-00040

Plaintiff:
**THERESA HESS AND WILLIAM HESS, Individually and as next friends and guardians of B.H., a minor**

vs.

Defendant:
**BUMBO INTERNATIONAL TRUST F/K/A JONIBACH MANAGEMENT TRUST, AND TARGET CORP.**

For:
M. Ross Cunningham
3500 Maple Avenue
Suite 900
Dallas, TX 75219

Received by On Time Process Service on the 14th day of September, 2012 at 8:00 am to be served on **Target Corporation, c/o C T Corporation System, 350 North Saint Paul Street, Suite 2900, Dallas, TX 75201**.

I, Barry Gumm, being duly sworn, depose and say that on the **14th day of September, 2012** at **2:05 pm, I:**

Executed service by delivering a true copy of the **Summons in a Civil Action, Plaintiff's Original Complaint**, to: **Sandy Galicia as Authorized Agent For C T Corporation System** at the address of: **350 North Saint Paul Street, Suite 2900, Dallas, TX 75201**, who is authorized to accept service for **Target Corporation,**, and informed said person of the contents therein, in compliance with state statutes.

"I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. I have personal knowledge of the facts set forth in this affidavit, and they are true and correct."

Subscribed and Sworn to before me on the 18th day of September, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

CHRISTOPHER PEKAR
Notary Public, State of Texas
My Commission Expires
January 03, 2015

Barry Gumm
SCH 6699 Expires 4/30/2013

**On Time Process Service**
1700 Pacific Ave
Suite 1040
Dallas, TX 75201
(214) 740-9999
Our Job Serial Number: ONT-2012002716
Ref: 492.0002

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5h

