UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| THERESA HESS and WILLIAM HESS, individually and as next friends and guardians of B.H., a minor, <br><br> Plaintiffs, <br><br> vs. <br><br> BUMBO INTERNATIONAL TRUST F/K/A JONIBACH MANAGEMENT TRUST, and TARGET CORPORATION, <br><br> Defendants. | § § § § § § § § § § § § § § <br><br> Case No. 6:12-CV-00040 <br><br> JURY DEMANDED |

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Pursuant to Rule 26(a)(1), Plaintiffs Theresa Hess and William Hess, individually and as next friends of B.H., a minor, serve the following disclosures:

Rule 26(a)(1)(A)(i).  The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.

**RESPONSE:** Plaintiffs refer Defendants to the attached Exhibit "A".

Rule 26(a)(1)(A)(ii).  A copy of, or description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.

**RESPONSE**:  Plaintiffs may rely on an exemplar of the Bumbo Seat and the box in which the Bumbo Seat was sold, and an exemplar of the BebePod Seat and Box. Plaintiffs may also rely on an exemplar of a Bumbo Seat that has been retro-fitted with a seatbelt. Plaintiffs may

also rely on documents related to the recall of the Bumbo Seat that was announced by the C.P.S.C. on August 15, 2012, and the seatbelt kit that is being distributed in conjunction therewith. Plaintiffs may also rely upon documents that have been produced in other lawsuits involving similar allegations about the Bumbo Seat.  In addition, Plaintiffs may rely upon excerpts from Defendants' websites.  Plaintiffs will also make the subject Bumbo Seat available for inspection at a mutually convenient time and location.

Rule 26(a)(1)(A)(iii)   A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.

**RESPONSE:**  (a) Past and future medical expenses of B. Hess; (b) Past pain and suffering of B. Hess (will supplement); (c) Past mental anguish of B. Hess (will supplement); (d) Past disfigurement of B. Hess (will supplement); (e) damages for the past and future mental anguish suffered by Theresa Hess (will supplement); (f) exemplary damages of no less than ($2,000,000.00) and (g) pre-judgment and post-judgment interest as provided by law.

Rule 26(a)(1)(A)(iv).   For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy judgment:

**RESPONSE:**  Not applicable.

                                        Respectfully submitted,

**DATED: September 24, 2012**

                                        /s/ Ross Cunningham

                                        M. Ross Cunningham
                                        Texas State Bar No. 24007062
                                        Southern District No. 34405
                                        Elizabeth M. Cunningham
                                        Texas State Bar No. 24008069
                                        Southern District No. 27809
                                        **ROSE WALKER, L.L.P.**
                                        3500 Maple Ave., Suite 900
                                        Dallas, TX 75219
                                        Telephone: (214) 752-8600
                                        Facsimile: (214) 752-8700
                                        rcunningham@rosewalker.com
                                        lcunningham@rosewalker.com

                                        **ATTORNEYS FOR PLAINTIFFS**